OPINION — AG — ****STUDENT TRANSFERS-GROUNDS-APPEALS **** TITLE 70 O.S. 1961 8.3 [70-8.3](3), APPLIED ONLY TO THE BOARD OF EDUCATION OF THE SCHOOL DISTRICT IN WHICH THE CHILD RESIDES. WHEN AN APPEAL IS PERFECTED TO THE COUNTY SUPERINTENDENT AND THE DISTRICT JUDGE, THEY MUST BASE THEIR DECISION FOR GRANTING SUCH TRANSFER TO SAID STUDENT ON REASONS (1), (2) OR (4) OF SECTION 8.3. CITE: 70 O.S. 1961 8.3 [70-8.3](3) W. J. MONROE